UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 28, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                       )    CASE NUMBER: 2:12-mj-00061-CKD
         Plaintiff,       )
v.                                     )    ORDER FOR RELEASE
                                       )    OF PERSON IN CUSTODY
JACQULINE HOEGEL,           )
                                       )
         Defendant.    )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jacquline Hoegel</u>; Case <u>2:12-mj-00061-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_\_\_    Release on Personal Recognizance

     \_\_\_    Bail Posted in the Sum of _____

     _X_    Unsecured Appearance Bond in the amount of <u>$50,000</u>, co-signed.

     \_\_\_    Appearance Bond with 10% Deposit

     _X_    Appearance Bond secured by Real Property in the amount of <u>$100,000</u>.

     \_\_\_    Corporate Surety Bail Bond

     _X_    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>2/28/12</u> at <u>12:40 pm</u>.

By     /s/ Carolyn K. Delaney
        Carolyn K. Delaney
        United States Magistrate Judge